## 37748. GRANT v. THE STATE.

HILL, Presiding Justice.

Theodore Grant was tried jointly with Clyde Milton. Division 2 of *Milton v. State,* 248 Ga. 192 (1981), holding that Milton is entitled to a new trial for the reasons stated therein, applies with equal force to Theodore Grant.

*Judgment reversed. Jordan, C. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 23, 1981.

*Howard A. McGlasson, Jr.,* for appellant.
*Spencer Lawton, District Attorney, Robert M. Hitch III, Assistant District Attorney, Arthur K. Bolton, Attorney General, Michael R. Johnson, Assistant Attorney General,* for appellee.